EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Nelson Vélez Lugo | 2013 TSPR 148 189 DPR ____ |
|---|---|

Número del Caso: TS-7646

Fecha: 13 de diciembre de 2013

Abogado del Peticionario:

        Por derecho Propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

                                        TS-7646

    Nelson Vélez Lugo

RESOLUCIÓN

San Juan, Puerto Rico, a 13 de diciembre de 2013.

        Examinada la *Moción Cumpliendo con Orden y Solicitando Reinstalación al Ejercicio de la Abogacía,* se reinstala al Lcdo. Nelson Vélez Lugo al ejercicio de la abogacía. Además, se le informa que se activarán las quejas y querella que tiene pendiente ante este Tribunal.

        Por lo tanto, se le ordena al licenciado Vélez Lugo que en el término de veinte (20) días, contado a partir de la notificación de esta Resolución, conteste las siguientes quejas: AB-2012-63, AB-2012-104 y AB-2013-37.

        Por otro lado, conforme a lo dispuesto en nuestra Resolución de 22 de julio de 2010, se ordena a que se nombre un Comisionado Especial para que atienda la querella CP-2008-21.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Fiol Matta no intervino.


                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo